1  **Russell Rope**
2  #1607 POB 1198
3  Sacramento, CA 95812
4  justice@russellrope.com
5  (323) 606-3395
6  *Plaintiff in Pro Per*

LACV17  04921-SVW-PLA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Russell Rope** | ) Case #: _____ |
| | ) |
| Plaintiff, | ) Judge: _____ |
| | ) |
| vs. | ) |
| **Facebook, Inc., Apple, Inc.,** | ) |
| **Alphabet, Inc., Twitter Inc.,** | ) **DECLARATION in Support of** |
| **JPMorgan Chase & Co.,** | ) **EX PARTE APPLICATION** |
| **& John Does 1 to 10** | ) |
| | ) |
| Defendants. | ) |

I, Russell Rope, declare under penalty of perjury as follows: 1) I am the Plaintiff in pro per in the above-entitled case. 2) I have knowledge of the facts, & if called as witness, I can & will competently testify thereto. 3) The opposition was contacted several times with notifiction of this action. 4) To the best of my knowledge, the information contained within the complaint & Exhibit(s) "1" to "60" is true & by this reference made a part (of the ex parte application) hereof. Executed By: Russell Rope   Signature: _____   Date: 6-7-2017

1 of 1

Declaration in Support of Ex Parte Application