FILED
CLERK, U.S. DISTRICT COURT

7/25/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Russell Rope, <br><br> PLAINTIFF(S) <br><br> v. <br><br> Facebook, Inc., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:17-cv-04921-MWF-PLA <br><br> **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

July 24, 2017 / 19 / Motion for Reconsideration
Date Filed     Doc. No.    Title of Document

_____ / _____ / _____
Date Filed     Doc. No.    Title of Document

- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Incorrect event selected. Correct event is _____
- ☐ Case number is incorrect or missing
- ☑ Hearing information is missing, incorrect, or not timely
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Case is closed
- ☐ Proposed Document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☑ Other: Plaintiff did not comply with L.R. 7-4 et seq. or L.R. 6-1. Additionally, plaintiff is reminded that the proposed Order is directed toward the issue stated in the instant motion only; i.e. motion for reconsideration granted, or denied.

Dated: July 25, 2017

By: _[signature]_
U.S. District Judge

cc: Assigned District and/or Magistrate Judge

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-106 (6/12)        ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)